# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

## CRIMINAL MINUTES - INITIAL APPEARANCE - COMPLAINT

Case No.: 1:21MJ39  Date: 3/2/21

**Defendant:** Jaap Lijbers; custody  **Counsel:** Nancy Dickenson; AFPD

PRESENT:
- JUDGE: Pamela Meade Sargent  TIME IN COURT: 3:24- 3:40=16 min
- Deputy Clerk: Ella Surber
- Court Reporter: Ella Surber, FTR
- U. S. Attorney: Randy Ramseyer
- USPO: Ryan Thayer
- Case Agent: Aaron Kellerman
- Court Security Officer: Jerry Cunningham
- Interpreter: N/A

## INITIAL APPEARANCE

☒ Initial Appearance. Defendant arrested on probable cause and per Judge Sargent no warrant will be issued. Defendant(s) advised of charges, rights and nature of proceedings.
☐ Government moves to unseal case. Court grants or denies motion.
☒ Defendant requests appointment of counsel. CJA 23 completed; counsel appointed.
☒ Defendant to next appear for a preliminary hearing on March 9, 2021, at 2:00 p.m. before Judge Sargent.
☐ Government has no objection to defendant being released on bond.
☐ Deft. released on bond. Bond set at . Appearance bond and Order Setting Conditions of Release to follow.
☒ Government moves for detention ; detention hearing continued to allow time to determine if ICE detainer has been filed.
☐ Government moves for continuance of detention hearing.
☐ Detention hearing continued to .
☐ Detention hearing held.
☐ Findings of Fact:
☐ Deft. notified of right to consular notification under the Vienna Convention.
☒ Deft. remanded to custody.