CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAR - 9 2021

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 1:21CR5 |
| | ) | |
| v. | ) | In violation of: |
| | ) | |
| JAAP WILLEM LIJBERS | ) | 18 U.S.C. §§ 922(g)(5) and 924(a)(2) |

## INDICTMENT

### COUNT ONE
*Possession of Firearm by an Alien Unlawfully in United States*

The Grand Jury charges that:

1. On or about March 2, 2021, in the Western District of Virginia, JAAP WILLEM LIJBERS, knowing he was an alien unlawfully in the United States, knowingly possessed a firearm, that is, a black Radical Firearms LLC rifle, Model RF-15, and the firearm was in or affecting commerce.

2. All in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(2).

A TRUE BILL, this 9th day of March 2021.

/s/ GRAND JURY FOREPERSON

/s/ Daniel P. Bubar
DANIEL P. BUBAR
ACTING UNITED STATES ATTORNEY