# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket No. 1:21cr00005-001 |
| v. ) | |
| ) | |
| JAAP WILLEM LIJBERS, ) | |
|     Defendant, ) | |

## ORDER OF DETENTION

In accordance with the Bail Reform Act, 18 U.S.C. § 3142, a detention hearing was scheduled to be held in this matter on March 9, 2021. At the time of the hearing, defense counsel announced that the defendant was not seeking pretrial release at this time. Therefore, the defendant will remain detained pending further order of the court.

### Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility pending trial. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with any further court proceedings.

**ENTERED**: March 9, 2021.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE