# APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

UNITED STATES OF AMERICA

v.

JAAP LIJBERS

CASE NO.: 1:21CR5

DATE: 3/9/21

TYPE OF HEARING: Arraignment/Detention

**PARTIES:**

1. Pamela Meade Sargent, USMJ
2. Randy Ramseyer
3. Nancy Dickenson
4. Jaap Lijbers
5. 
6. 
7. 
8. 
9. 
10. 

Recorded by: ELLA SURBER

Time in Court: 2:04 - 2:18

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 2:09 | 1,3,4 | | | | | | | | |
| 2:12 | 2,4 | | | | | | | | |
| | 1,4 | | | | | | | | |
| | 2,1,3 | | | | | | | | |