# NOTIFICATION OF ARREST OR DETENTION OF A NATIONAL OF YOUR COUNTRY

DATE: March 9, 2021
TIME: 4:00 p.m.
FAX NO.: 202-362-3430
EMAIL: was-ca@minbuza.nl

TO: Embassy/Consulate of Netherlands in Washington, D.C.
           (COUNTRY)    (CITY)    (STATE)

**FROM:**
Name/Office: The Hon. Pamela Meade Sargent
United States Magistrate Judge
Address: 180 West Main Street
City: Abingdon   State: Virginia   Zip Code: 24210
Telephone: 276-628-6021   Fax: 276-628-6072

**We arrested/detained the following foreign national, who we understand is a national of your country, on 03/02/2021.**
          (DATE)

Name: Jaap Willem Lijbers, Alien No. A216641090
Alias:
Date of Birth: March 22, 1994
Place of Birth: Netherlands
Nationality/Country: Netherlands
Passport Issuing Nation:
Passport Number:

**This person has been or may be charged with the following offense(s):**

Illegal possession of a firearm or ammunition while being unlawfully present in the United States in violation of Title 18 U.S.C. § 922(g)(5).

For more information, **please call** 276-628-1398 or 276-628-7940 between the hours of 8:00 a.m. and 5:00 p.m. Please refer to **case number** 1:20cr00005 when you call.

*ADDITIONAL INFORMATION:*

*** Defendant is being held at Southwest Virginia Regional Jail, Abingdon, Virginia.***