July 2nd, 2021
Apeldoorn, the Netherlands

To whom it may concern,

We are the parents of Jaap Willem Lijbers: father Willem Lijbers, 66 years of age, retired after a career as co-owner of a successful construction company; and Anita Lijbers, 65 years old, also retired from a career as a teacher. We live in a beautiful home in a good neighborhood in Apeldoorn, a town in the calm-east side of the Netherlands. We have three gorgeous children.

After graduating, our eldest son Gijs landed a great job with a transportation company that provided him with many opportunities. He also lives in Apeldoorn with his wife and two sons. After university, our daughter Laura followed her mother's footsteps, working as a music teacher. Just to be clear, none of us have a criminal record! We are a proud, hard-working and decent family.

Our youngest child Jaap, chose a more extraordinary path. After graduation, Jaap travelled to the US, with the intention of exploring this unknown, great country and returning after 3 months. But then he fell head over heels in love with an American girl. Their relationship became more and more serious, and Jaap decided to stay longer in the US. They had a child together, the true love of Jaap's life: his daughter A.L.

Jaap made the enormous mistake of not applying for residency when he had the chance. He was young and careless, and never good with paperwork. Later on we often spoke of his wish to apply for legal residency in the US, but he never ended up doing so out of fear of being deported away from his daughter. Instead of facing his residency problem head-on and getting proper legal advice, Jaap stuck his head in the sand and went on with his day-to-day life focusing on the care for his daughter. In 2019 we visited Jaap in Virginia. We found a hard-working young man who took very good care of his daughter. Jaap is a proud, loving and caring parent. A.L. means everything to him, so for that reason alone we cannot understand that he was in possession of a weapon. His arrest has triggered many emotions: shock, disappointment, sadness and so so much anger. It's incomprehensible to us, how he could have been so stupid! Even more so as Dutch people, carrying such a weapon is truly unimaginable. It is strictly forbidden in the Netherlands, and he was certainly not raised that way! When Jaap returns to the Netherlands, he has a loving family and a warm home waiting for him. One thing however is crystal clear: we will do everything in our power to ensure that this never happens again! We have already been in contact with the local police and the municipality of Apeldoorn, and they are willing to support us and Jaap with his return, including looking for work.

We really want Jaap to return home as soon as possible. For his sake, but also for our own. Last year Jaap's father Willem was diagnosed with cancer. The treatments were very tough, but the results seemed good. Recently we were informed that the cancer has spread and further treatment is necessary. This has come as a gigantic shock, and has proven very difficult to cope with for us, but also our daughter Laura, son Gijs and daughter-in-law Roshy. On top of the concerns for Willem's health, we are very worried about Jaap. We have not been able to visit him due to travel restrictions and therefore cannot support him the way we want to. The uncertainty for the future for both Jaap and his daughter A.L. weighs heavily on us, causing all of us countless sleepless nights. Having Jaap home won't cure Willem's cancer, but it will lessen the burden and stress allowing us to focus on Willem's recovery.

We believe Jaap deserves to be punished for his actions. We want him to better his life and become a good functioning member of society. We hear that life in prison in VA is very hard for Jaap, we pray

for his strength and wisdom to cope with the detention and accept the consequences of his actions. The pain he has caused A.L. and us, his family in the Netherlands, causes him to feel shame and remorse. Jaap has told us numerous times of his deep regrets, and is simply heart-broken being separated from his daughter A.L. We believe his remorse is truthful. We are convinced that Jaap has learned his lesson and will not repeat himself.

We love him, and of course we will support him through this difficult time during, and after his detention. As mentioned, he is welcome to live with us, where he will be expected to behave well and work hard. We will see to that and demand this from him. Jaap is really handy, we say '*he has 2 right hands*', so he can help us a lot.

Lastly, we are very concerned for his daughter A.L. A loving parent, her daily care-taker, has been pulled out of her life. Jaap has his faults, but has always been an outstanding father to his daughter. She should not be punished for her father's actions, A.L. has the right to her family. Therefore, we urgently appeal to you not to impose a long re-entry ban. Such a ban would effectively, indefinitely deprive a young girl of her father, as her mother is a US citizen and not inclined to travel to the Netherlands. We can hardly imagine how hard it must be not to have contact with your parent, or for a parent with their child. So please, **we beg you**, give A.L. and Jaap the opportunity to have a shot at continuing their excellent relationship. Having experienced the consequences of his actions, we trust that Jaap won't chance overstaying any future visa.

Jaap deserved punishment, we believe he has had a severe sentence. Not only the prison sentence, but even more so the separation from his daughter. It is heart-breaking for both of them. Our Jaap is not a lost cause, he needs a new start with his parents and family in the Netherlands. It is time for him to come home to Apeldoorn.

Jaap's school teacher described her struggling student so strikingly: "*His nature is good.*".

We believe in Jaap!


Yours sincerely,


Willem & Anita Lijbers
Westenkerzijweg 6
7335 DB, Apeldoorn
The Netherlands

+31(0)55-5430436 (home)
+31(0)6-83328898 (cell)
+31(0)6-40490634 (cell)

Laura Lynn Lijbers, MSc
Ringbaan-Oost 407
5014GH, Tilburg
The Netherlands
lauralijbers@gmail.com

May 5, 2021

RE: Mr. Lijbers

To the Honorable Judge,

I am writing on behalf of Jaap Willem Lijbers. Jaap is my younger brother and we have grown up together in the Netherlands until he traveled to the United States. I am currently 28 years old and just like our mom, I am working fulltime as a teacher in the field of music education. In general, Jaap is known by his family members as a persistent young man who is also a dedicated father. That is why I am writing this letter of good character on behalf of my parents and our older brother as well.

I am fully aware of the fact that my brother has made big mistakes. Not only am I taking this very seriously, I am also deeply disappointed by his actions. However, I am writing to offer a fuller picture of him as a person. I believe that Jaap is a very persistent, creative, and adventurous young man. As a child he practiced judo as a sport and during family holidays he would always be the one to entertain us and play games. During our teenage years Jaap was struggling in school, intellectually as well as personally. In my opinion, these hardships made him vulnerable and desired him to act tough and belong to (the wrong kind of) groups. But despite all that he managed to graduate school with a valuable Dutch diploma, which proves his willingness to take responsibility for his future.

During the time that Jaap has settled in the US, he was always trying to help others. In 2019 there were floods and Jaap volunteered in the community to clean up the mess. He would do mowing for neighbors or any other kind of thing to serve the community as well as his own family. The fact that his friends set up a fundraiser for him once he got arrested, prove to me that he was a valuable member of his community.

However, what stands out the most to me is the way Jaap has proven to be a very loving and dedicated father to his daughter A.L. He always helped her with her homework or anything she needed when he was around and Britnee (A.L.'s mother) couldn't. The pictures that he sends to us show a very happy, responsible, and loving dad. And that is exactly what my parents also saw when they visited him in 2019. I am sure that A.L. is missing her father a lot and I'm afraid that she is affected by this the most. That is also why I would strongly request to minimize the length of the entry-ban after Jaap's deportation, in the interests of both the father and the child.

Jaap is very positive minded. In the communication that I had with him during his time in prison right now, he stated to me that he is very sorry about everything that has happened in the past. He feels guilty and is fully aware of the impact that it has on his daughter and on his family members in the Netherlands, such as me and my parents. Jaap is looking to the future as a new chance, and I strongly agree with that. He said he already saved some money. To me, that shows his resilience and constructive, positive mindset.

In the Netherlands there will be a lot of possibilities to support Jaap. My parents and myself have already reached out for help from the local municipality to make his return to the Netherlands as fruitful as possible. In here there are various ways in which Jaap can be assisted with housing, employment-seeking, and his mental wellbeing.

Jaap has shown a remorseful attitude towards the mistakes he has made. It is my hope that this letter for Jaap Lijbers and his case will act as a positive and contributing factor when the court considers this matter.

Sincerely, also on behalf of my parents and older brother,

Laura Lynn Lijbers

To whom it might concern. I, Britnee Keen, am writing this letter in reguards to Jaap Dijbers and the case that is going on. I wanted to write to let the Jaap I know, be known instead of the horrible monster the media is making him out to be. I met Jaap online 7 years ago and he decided to visit. He came here legally but overstayed because I became pregnant with our daughter, ▮. He never meant any harm by staying here. He only wanted to be a father but unfourtunatly he only had a 3 month visa and once he overstayed it was too late to do things differently. Jaap is a wonderful person and he truly would do anything to help anyone, even when those people don't really deserve his help. I have had the plesure of co-parenting with Jaap and he is a wonderful father to our daughter ▮ and even my 10 year old ▮. Jaap has been a father figure in my daughter ▮'s life since she was 3. He still calls the girls every single day just to remind them he loves them, etc. Jaap is also well loved by my family as well and this entire situation is devistating to my

daughters and I. I hope you take into consideration that even though Jaap is not perfect, he is a great father and our daughter truly adores him and misses seeing her father. I thank you for your time and for reading this letter. I hope you have a blessed day.

Thank You,
Britney Ken
276-701-3895

I Love and miss

my dad

Kortnee Byrd | ████████████ | kbyrd9260@icloud.com

████████████████████████████████████████

**Dear Whom It May Concern,**

  My name is Kortnee Byrd. I grew up here in Southwest, Virginia and am a native to this area. I am here to attest my relationship & help you better understand a dear friend of mine, Jaap Willem Lijbers. It saddens me to see such a kind-hearted soul be torn away from his life he's created here in the States.

  Since I've known Jaap, which has been a few years now, he's always been such a kind and sweet soul. Jaap is a neighborhood friend whom I met while cleaning up at a local park in our town. Upon meeting him, he was extremely likable and had a great sense of humor. He loved to make people laugh and did it well. He was always there to offer a hand when in need. He's very trustworthy & loyal, and if it's in his ability to do, there is no doubt that Jaap will get it done. He's kind & very hardworking. He is very intelligent & has many skills. He is polite & considerate of others. All in all, Jaap is a well-rounded man with potential that is endless.

  As I stated above, I've known Jaap a few years now, but it wasn't until my accident in July of 2019 that we became very close friends. He was generally concerned about my health. And just as with me, he is incredibly devoted to those that he holds dear to his heart. That goes without saying, especially his daughter. She is the most important person to him & I know that any father, mother, or child can relate that having your parent, whom has raised you, be ripped out of your life is the most painful experience next to death, for BOTH parties. I believe if given the chance, Jaap will take the necessary steps to be with her.

Sincerely,

Kortnee Byrd

Matthew Dunkley

Apr 5, 2021

Re: Jaap Lijbers

To: The Honorable Judge James P Jones

I have known Jaap Lijbers as a great friend and neighbor for over 6 months. I was both troubled and surprised to hear about his recent case as he always been a great person. It is for this reason I'm happy to write this letter of reference for Jaap. I understand the seriousness of this matter However, hope this court will show some leniency.

Jaap has been an upright character in his community. I our friendship has really been there for me expecially when I got sick and no longer able to work. He made a point to be there and keep my mind at eais. Jaap has a beautiful Daughter that he Loves Dearly He always been an outstanding father. I Hope you can find it in your Heart for his Daughter

It's my sincere hope the court takes this letter into consideration at the time of sentecing. Despite the current case, I still believe Jaap Lisbers to be an honorable Individual, a valuable member of my community, and a good Human being.

/s/ sincerely

Matthew N Dunkley

Matthew N Dunkley