# Jaap Lijbers

## Allocution Questions

- **What makes you or your case any difference from defendants like you and cases like yours? Why should the Judge give YOU a break?**

  I am already being deported to a country that is more foreign to me that this country. And have a huge path ahead of me of getting my life back together and re-unite my family.

- **What, if anything, would you say to the victims of your crime?**

  No victims but my daughter.

- **How will your sentence affect your family? What, if anything, would you say to your family?**

  Daddy messed up. I can never apologize enough.  I will never cease being a father.  There is not a court in the country or a Judge in the land that can expect any father to leave his family and children behind. And I won't.

- **You broke the law! The Judge may be concerned that you will break laws in the future.  The Judge will consider how the sentence you receive will deter or keep you from committing crimes in the future.  The Judge will also consider the need to protect the public from further crimes you may commit.  Why should the Judge believe you are not a threat or risk? What type or length of sentence is necessary to deter or keep you from committing crimes in the future and to protect the public.**

  I will never, ever do anything that risks even the slightest of me being taken away from my family again. I screwed up big time and will never be able to apologize to my children enough for not being in their lives for any period of time.

- **What is a just punishment for your offense and why?**

  I am already being banned and deported from the only place I truly call home and being ripped away from my family.

- **Are you a better person now? Why? What are you doing to improve yourself no and in the future?**

  I've learned that I have to do things the right, legal way the first time. When I first entered the U.S. I was merely 20 years old and had very short-term goals. Now I am getting close to 28 years old and have become a father in the country, and have learned the hard way that I have to get things right the first time and be more future and long term goal orientated.  I try to become the best example possible to my daughter.

- **What are your long-term goals? How do you see yourself in a year or five years or ten or twenty?**

  Continuing being a father by any legal means necessary, however or wherever. I am planning on going to Canada and becoming a citizen through college in Quebec. Working on becoming a U.S. citizen in the far future.

- **What are your short-term goals? If you go to prison, what are your plans? And if you do not go to prison, what are your immediate plans? What do you want to accomplish first?**

  Keeping in touch with my daughter daily. Doing my time as best as I can. Keep good spirits and faith. If/when I go to prison, I will continue doing my time in peace and keep positive minded and aimed towards the future.

  If I do not go to prison after my deportation, I am immediately going to work on being re-united with my daughter.  I am planning on becoming a Canadian citizen and move there so I can in the closest proximity possible to my girls for them to come visit me and work on legally being able to come visit my daughter in America.

- **What are your best attributes? What are your best characteristics? What the best things about you as a person?**

    I try to be a helping hand, emotional support and friend to anyone in need.

    My friends, children and family can always come to me for help or support with anything.

- **What are your best accomplishments? What have you done that you are really proud of? What have you done that other people and/or your family are proud of?**

    Raising and being a father to my daughter & stepdaughter.

    If there is anything in life I have done right, it's teaching my girls to be decent, smart and respectful human beings.