UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No.: 1:21cr0005 |
| ) | |
| JAAP WILLEM LIJERS ) | |
| ) | |
| Defendant ) | |

## MOTION TO SEAL

Comes now, counsel for the defendant, moving this Honorable Court to place under seal Exhibit 1 of the Sentencing Memorandum (ECF Docket #38). In support, counsel avers that Exhibit 1 of the Sentencing Memorandum contains information of a sensitive and private personal nature.

Respectfully submitted,

Jaap Willem Lijbers
By Counsel

*Nancy Dickenson-Vicars*

**Nancy Dickenson-Vicars**
Assistant Federal Public Defender
Virginia State Bar # 28120
Attorney for the defendant
Federal Public Defender's Office
201 Abingdon Place
Abingdon, VA 24211
Telephone: (276) 619-6086
Fax: (276) 619-6090
nancy_dickenson@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2021, I caused the foregoing Motion to Seal to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to the Assistant United States Attorney.

                                                                 s/Nancy Dickenson-Vicars