IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 1:21CR00005 |
| | ) | |
| | ) | ORDER TO SEAL |
| JAAP WILLEM LIJBERS | ) | |

The defendant has filed a Motion to Seal seeking an order of the Court to direct the sealing of Exhibit 1 (Pictures) of the Sentencing Memorandum filed as docket entry no. 38. It appearing that sealing is justified under the circumstances in order to keep confidential certain information, it is **ORDERED** that the motion is **GRANTED**, and the clerk is directed to file the document under seal.

ENTER: August 13, 2021

/s/ *James P. Jones*
United States District Judge