# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION
## CRIMINAL MINUTES – SENTENCING HEARING

**Case No.:** 1:21CR5     **Date:** 8/19/2021

**Defendant:** Jaap Lijbers, Custody     **Counsel:** Nancy Dickenson, AFPD

PRESENT:
- JUDGE: James P. Jones
- Deputy Clerk: Felicia Clark
- Court Reporter: Donna Prather, OCR
- U. S. Attorney: Randy Ramseyer
- USPO: Sumer Taylor-Sargent
- Case Agent: Aaron Kellerman

TIME IN COURT: 10:30 – 11:03 a.m.
TOTAL: 33 minutes

### LIST OF WITNESSES

GOVERNMENT:
1. Jaap Lijbers

DEFENDANT:
1. Britnee Keen

**PROCEEDINGS:**

☒ No Objections to Presentence Report.

☒ Government presents evidence. Oral argument by counsel as to the appropriate sentence to be imposed.

☒ Defendant presents evidence . Oral argument y counsel as to the appropriate sentence to be imposed.

☒ Court adopts Presentence Report.

☒ Allocutions.

SENTENCE IMPOSED AS FOLLOWS:

CBOP: Time Served

**Upon release from imprisonment, the defendant shall be delivered to an authorized immigration official for deportation proceedings and shall remain outside the United States. Should deportation not occur, the defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the Bureau of Prisons or any authorized immigration official.**

SR: 3 years - comply w/Standard, Mandatory & Special Conditions.
SA: $100.00 due immediately.
FINE: Waived
REST: N/A

SPECIAL CONDITIONS OF SUPERVISION (Check applicable conditions):

(1) Must pay any monetary penalty that is imposed by this judgment in the manner directed by the court;

(2) Must reside in a residence free of firearms, ammunition, destructive devices, and dangerous weapons;

(3) Must submit his or her person, property, house, residence, vehicle, papers, [computers as defined in 18 U.S.C. Section 1030(e)(1), other electronic communications or data storage devices or media], or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his or her supervision and that the areas to be searched contain evidence of this violation; and

(4) Must remain outside of the United States of America unless duly authorized under the law.

PAYMENT SCHEDULE:

☒ A lump sum payment of $100.00 is due immediately.

ADDITIONAL RULINGS:
☒ Defendant advised of right to appeal.
☒ Defendant remanded to custody.